# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID ANSON ALANDT**                                            **PETITIONER**

v.                   **CASE NO. 4:17-CV-00633 BSM**

**RODNEY WRIGHT,**
**Saline County Sheriff**                                           **RESPONDENT**

## ORDER

The recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge J. Thomas Ray has been received. Petitioner David Alandt has not filed objections. After careful consideration and review of the record, the recommended disposition is adopted in its entirety. Accordingly, Alandt's petition for writ of habeas corpus is denied. His claims challenging his extradition are dismissed with prejudice, and his remaining claims are dismissed without prejudice. No certificate of appealability will be issued. *See* U.S.C. §§ 2253(c)(1)–(2).

IT IS SO ORDERED this 28th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE