# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID ANSON ALANDT**                                                     **PETITIONER**

**v.**                    **CASE NO. 4:17-CV-00633 BSM**

**RODNEY WRIGHT,**
**Saline County Sheriff**                                                 **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed, and no certificate of appealability is issued.

IT IS SO ORDERED this 28th day of December 2017.

                                                                                      _____
                                                                                     UNITED STATES DISTRICT JUDGE